# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-10404
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 14, 2019

Lyle W. Cayce
Clerk

In the Matter of :  ALBERT LUTTERODT,

> Debtor

ALBERT LUTTERODT,

> Appellant

v.

JACKSON POTTER; ENVISION REALTY GROUP,

> Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2893

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Judgment of district court and bankruptcy court is affirmed for the reasons explained by the bankruptcy court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.